1 | Troy M. Yoshino, No. 197850
2 | Matthew J. Kemner, No. 188126
  | Eric J. Knapp, No. 214352
3 | **CARROLL, BURDICK & McDONOUGH** LLP
  | Attorneys at Law
4 | 44 Montgomery Street, Suite 400
  | San Francisco, CA  94104
5 | Telephone:    415.989.5900
  | Facsimile:    415.989.0932
6 | Email:        tyoshino@cbmlaw.com
  |              mkemner@cbmlaw.com
7 |              eknapp@cbmlaw.com

8 | Attorneys for Defendant
  | Mercedes-Benz USA, LLC

9

10 |                 UNITED STATES DISTRICT COURT

11 |                 CENTRAL DISTRICT OF CALIFORNIA

12 |                        WESTERN DIVISION

13

| NADIA KAS, individually, and on behalf of a class of similarly situated individuals, | No. CV-11-1032-VBF-PJWx |
| | **DISCOVERY MATTER** |
| Plaintiff, | **LOCAL CIVIL RULE 37-2.1 JOINT STIPULATION RE: MERCEDES-BENZ USA, LLC'S FIRST SET OF SPECIAL INTERROGATORIES, FIRST SET OF REQUESTS FOR ADMISSION, AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |
| | Date:  November 9, 2011 |
| | Time: 11:00 a.m. |
| | Courtroom: 23 |
| | Discovery Cut-off:    July 13, 2012 |
| | Pretrial Conference:  November 9, 2012 |
| | Trial:                December 10, 2012 |
| | [ASSIGNED TO HON. PATRICK J. WALSH] |

CBM-PRODUCTS\SF526823

1

## TABLE OF CONTENTS

2
**Page**

3   I.   MBUSA'S INTRODUCTORY STATEMENT ...............................................1

4        A.   Plaintiff Has Refused to Respond to MBUSA's Discovery Requests
              in Good Faith ....................................1

5
         B.   Plaintiff Has Refused to Meet and Confer as Required by L.R. 37-1 ......2

6   II.  PLAINTIFF'S INTRODUCTORY STATEMENT .......................................4

7   II.  PLAINTIFF'S STATEMENT OF FACTS .....................................................5

8   III. PLAINTIFFS LEGAL ARGUMENT........................................................8

9   IV.  SPECIFIC DISCOVERY REQUESTS ........................................................10
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  29, several days after the 10 day period required by L.R. 37-1.  (Ex. J at 6.)

2  MBUSA promptly reminded plaintiff's counsel of their obligations to timely

3  meet and confer under L.R. 37-1.  (Ex. J at 5.)  In response, plaintiff's counsel

4  stated his understanding that L.R. 37-1 required plaintiff to meet and confer by

5  September 26.  (Ex. J at 5.)  Nonetheless, plaintiff's counsel only offered to "begin"

6  a meet-and-confer on September 26 and unilaterally dictated that the meet-and-

7  confer would only conclude on a date of his choosing.  (Ex. J at 5.)  Because

8  plaintiff's clear obligation in meet-and-confer is to propose resolutions to issues

9  MBUSA raised, a plaintiff meeting-and-conferring in good faith obviously cannot

10  "know" that a meet-and-confer will not conclude on the day it starts.  When

11  MBUSA flagged this issue, but nonetheless offered to call counsel on September 26

12  at 1:30 p.m., plaintiff's counsel accused MBUSA of a "lack of professionalism"

13  and withdrew the offer to meet and confer on September 26.  (Ex. J at 3-4.)

14  In addition -- despite the pretense that plaintiff's counsel were "too busy" to

15  timely meet-and-confer with MBUSA's counsel in person -- before the time they

16  finally agreed to meet-and-confer, they prepared: (i) a meet-and-confer response in

17  writing; and (ii) a *one hundred and one*-page Joint Stipulation on their own

18  discovery, which plaintiff's counsel specifically admitted was being prepared during

19  the time in which the Local Rules required plaintiff to meet-and-confer on

20  MBUSA's discovery requests.  Counsel's conduct was clearly not in good faith, and

21  demonstrates deliberate intent to violate L.R. 37-1.

22  MBUSA regularly has offered discovery courtesies to plaintiff's counsel, but

23  notes that Mr. Shahian has used this "I can't complete the meet-and-confer" strategy

24  in other cases to delay and otherwise gain tactical advantages.  As such, MBUSA

25  served its portion of the Joint Stipulation on September 30, but made clear to plaintiff

26  that it remained available to meet-and-confer on any of the requests discussed below.

27  Because no appropriate compromise has been reached on the requests discussed

28  herein, MBUSA now moves to compel further responses to those requests.

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-PRODUCTS\SF526823                              -3-

LOCAL RULE 37-2.1 JOINT STIPULATION—CASE NO CV-11-1032-VBF-PJWx