Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
David M. Medby (SBN 227401)
DMedby@InitiativeLegal.com
Sue J. Kim (SBN 256392)
SKim@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

[Additional attorneys for Plaintiff on the signature page]

Attorneys for Plaintiff Nadia Kas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| NADIA KAS, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>    Defendant. | Case No.: CV 11-1032 VBF (PJWx)<br>[Assigned to Hon. Valerie B. Fairbank]<br><br>[Assigned to Magistrate Judge Patrick J. Walsh for discovery matters]<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION TO COMPEL ADEQUATE RESPONSES TO PLAINTIFF'S INTERROGATORIES, SET ONE, AND REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE**<br><br>Date:    November 9, 2011<br>Time:    11:00 a.m.<br>Place:    Courtroom 23<br><br>Discovery Cut-off Date: 7/13/12<br>Pretrial Conference Date: 11/9/12<br>Trial Date: 12/10/12 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 9, 2011 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 23 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff will, and hereby does, move the Court, pursuant to Federal Rules of Civil Procedure 37 and Central District of California Civil Local Rule 37, for an order compelling Defendant Mercedes-Benz USA, LLC ("Defendant") to provide adequate responses to Plaintiff's Interrogatories, Set One, Nos. 4, 5, 9, and 12 and Requests for Production of Documents, Set One, Nos. 1, 2, 5, 6, 7, 11, 12, 14, 17, 19, 23, 25, 27, 28, 35, 37-40, 43, 45, 70, 81, 82, and 96 (collectively, the "Discovery").

Defendant's responses to the Discovery, many of which consist of pure objection, are inadequate.

This Motion is made on the following grounds:

1. On April 13, 2011, Plaintiff propounded the Discovery on Defendant. The Discovery seeks (1) information and documents in the possession, custody, and control of DaimlerChrysler Aktiengesellschaft ("DCAG"); (2) information and documents concerning the scope of Defendant's search for electronically-stored information ("ESI"); (3) the identities and contact information of the putative class members ("Contact Information"); and (4) information and documents regarding the nature and scope of the Radiator Defect, Defendant's knowledge of the defect, Defendant's failure to disclose the defect to consumers, and Defendant's implementation of a secret warranty program concerning the defect.

2. On June 22, 2011, Defendant responded to the Discovery, interposing a virtually identical set of objections as to each and every request and interrogatory. Defendant's objections are not well taken.

3. Plaintiff therefore seeks an order compelling Defendant to

1  adequately respond to the Discovery.

2      This motion will be based upon this Notice, the Joint Stipulation to be
3  filed with the Court, the declaration of David M. Medby with exhibits; the
4  Request for Judicial Notice with exhibits; such supplemental memoranda of
5  points and authorities which may subsequently be filed; the complete files and
6  records in this action; and any oral or documentary evidence presented at the
7  hearing of this motion.

8

9  Dated: October 12, 2011        Respectfully submitted,

10                                 Initiative Legal Group APC

12                      By:  /s/ David M. Medby

13                                 Gene Williams
                                  David M. Medby
14                                 Sue J. Kim

15                                 Payam Shahian (State Bar No. 228406)
                                  e-mail: pshahian@slpattorney.com
16                                 **Strategic Legal Practices, APC**
                                  11601 Wilshire Blvd., Suite 500
17                                 Los Angeles, CA 90025
                                  Telephone: (310) 575-1845
18                                 Facsimile: (310) 693-9085

19                                 Matthew R. Mendelsohn (*pro hac vice*)
                                  David A. Mazie (*pro hac vice*)
20                                 **MAZIE SLATER KATZ & FREEMAN, LLC**
                                  103 Eisenhower Parkway
21                                 Roseland, NJ 07068
                                  Telephone: (973) 228-9898
22                                 Facsimile: (973) 228-0303

23                                 Dara Tabesh (State Bar No. 230434)
                                  e-mail: DTabesh@hotmail.com
24                                 201 Spear St. Ste. 1100
                                  San Francisco, CA 94105
25                                 Telephone: (415) 595-9208
                                  Facsimile: (415) 651-8639
26

27                                 Attorneys for Plaintiff Nadia Kas

28